

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:  Taylor Morrison of Texas, Inc. and Taylor Woodrow Communities-League City, Ltd. v. Erin Skufca as Next of Friend of KSX and KSXX, Minor Children

Appellate case number:  01-19-00943-CV

Trial court case number:  19-CV-1574

Trial court:  56th District Court of Galveston County

Appellants' motion for rehearing is **denied**.

It is so ORDERED.

Judge's signature: /s/ Richard Hightower
            Acting for the Court

Panel consists of Chief Justice Radack and Justices Goodman and Hightower

Date:  March 4, 2021